IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hudson, Christine

Printed: 3/18/08

Case Number: 06 B 01509
Judge: Wedoff, Eugene R
Filed: 2/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 31, 2008
Confirmed: July 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,240.00 |  |
| Secured: |  | 2,788.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,233.57 |
| Trustee Fee: |  | 217.47 |
| Other Funds: |  | 0.00 |
| Totals: | 4,240.00 | 4,240.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 175.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 202.50 | 0.00 |
| 3. | Robert J Semrad & Associates | Administrative | 2,250.20 | 1,233.57 |
| 4. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 5. | New Age Chicago Furniture Co | Secured | 524.43 | 212.16 |
| 6. | Nuvell Credit Company LLC | Secured | 12,882.28 | 2,576.80 |
| 7. | Internal Revenue Service | Priority | 3,050.49 | 0.00 |
| 8. | New Age Chicago Furniture Co | Unsecured | 265.54 | 0.00 |
| 9. | New Age Chicago Furniture Co | Unsecured | 182.05 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 36.74 | 0.00 |
| 11. | Nuvell Credit Company LLC | Unsecured | 790.08 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 7.60 | 0.00 |
| 13. | Regional Diagnostic | Unsecured | 30.96 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 48.22 | 0.00 |
| 15. | ACL Inc | Unsecured |  | No Claim Filed |
| 16. | CB USA | Unsecured |  | No Claim Filed |
| 17. | Foot & Ankle | Unsecured |  | No Claim Filed |
| 18. | CB USA | Unsecured |  | No Claim Filed |
| 19. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 20. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 21. | Comcast Cablevision | Unsecured |  | No Claim Filed |
| 22. | Northwestern Medical Faculty | Unsecured |  | No Claim Filed |
| 23. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 24. | Nuvell Credit Company LLC | Unsecured |  | No Claim Filed |
| 25. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hudson, Christine

Printed: 3/18/08

Case Number: 06 B 01509
Judge: Wedoff, Eugene R
Filed: 2/20/06

| | | | |
|---|---|---|---|
| 26. Bennett Law Offices | Unsecured | | No Claim Filed |
| 27. MTI | Unsecured | | No Claim Filed |
| 28. Trinity Hospital | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 20,446.09 | $ 4,022.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 47.11 |
| 5% | 28.27 |
| 4.8% | 80.54 |
| 5.4% | 61.55 |
| | _____ |
| | $ 217.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____